UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61794-Civ-Dimitrouleas/Snow

MAX MATHEW,

    Plaintiff,
v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice [DE 13], filed herein on December 2, 2013. The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of December, 2013.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:   Donald A. Yarbrough, Esq., Counsel for Plaintiff
      Kenneth C. Grace, Esq., Counsel for Defendant